UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
CHINA NATIONAL CHARTERING CORP.          :    06 Civ. 15496 (JSR)
                                         :
          Plaintiff,                     :    ORDER
                                         :
     -v-                                 :
                                         :
YANGJIANG FENGYUAN GRAIN AND OIL         :
INDUSTRIAL CO. LTD.                      :
                                         :
          Defendant.                     :
---------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08

JED S. RAKOFF, U.S.D.J.

On February 21, 2007, the Court held an initial pre-trial conference in the above captioned case. At that time the Court was informed by the plaintiff's attorney, Jack Greenbaum, Esq., that this matter was being arbitrated in London. The Court therefore stated from the bench that it would place this matter on the Court's suspense docket. Through an administrative oversight, however the Court did not issue a written order placing this case on its suspense docket. Accordingly, the Court hereby directs the Clerk of the Court to place on the Court's suspense docket, nunc pro tunc, as of February 21, 2007.

Plaintiff's counsel is reminded to keep the Court apprised, in writing, of the status of this case, with such reports due every six months. The next such report is due in August 2008.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 4, 2008